3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

DEC 1 3 2000

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | |
| Plaintiff, | § § | |
| vs. | § | C.A. No.: B00-183 |
| SYLVIA KOITE, | § § § | (Claim No.: C-88928) |

## CERTIFICATE OF INTERESTED PARTIES

Pursuant to the Court's Order of Conference and Disclosure of Interested Parties, the United States of America ("USA") files the following:

**Plaintiff**:
United States Department of Education
San Francisco Service Center
50 United Nations Plaza, Room 224
San Francisco, CA 94102

**Defendant**:
Sylvia Koite
306 West Washington No. 1
Harlingen, TX 78550

Respectfully submitted,

By: _____
M H. Cersonsky, TBA #04048500
U.S. Southern District No. 5082
5065 Westheimer, Suite No. 600
Houston, TX 77056
Tel: (713) 840-1492
Fax: (713) 840-0038
**Attorney for the United States of America**

OF COUNSEL:
ALONSO & CERSONSKY, P.C.

## CERTIFICATE OF SERVICE

  I, certify that a true and correct copy of the above and foregoing was sent by certified mail, return receipt requested on December ___8___, 2000, to:

Sylvia Koite
306 West Washington No. 1
Harlingen, TX 78550

*[signature]*
M. H. Cersonsky