IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. B-00-183 |
| | § | |
| SYLVIA KOITE, | § | |
| | § | |
| Defendant. | § | |

## MOTION FOR CONTINUANCE

TO THE HONORABLE DISTRICT JUDGE:

COMES NOW, Plaintiff, UNITED STATES OF AMERICA ("USA"), and presents this Motion for Continuance and in support thereof say as follows:

I.

The above referenced case has been set for Pretrial Conferences and Disclosure of Interested Parties on Tuesday March 20, 2001 at 2:00 P.M., by Order of this Court.

II.

Plaintiff and Defendant have entered into settlement negotiations. It is the sincere desire of both parties to resolve this matter by way of settlement, as opposed to further litigation.

III.

This Motion is not set out for delay, but so that justice may be done and that settlement can be achieved.

V.

If a settlement is reached, the Court will be notified immediately and the appropriate papers resolving the case will be submitted to the Court forthwith.

WHEREFORE, PREMISES CONSIDERED, Plaintiff and Defendant pray that this Court grant this Motion for Continuance.

Respectfully submitted,

By: *[signature]*

M. H. Cersonsky TBA#04048500, SBA#5082
5065 Westheimer, Suite 600
Houston, Texas 77056
Tel. No.: (713) 840-1492
Fax No.: (713) 840-0038
**Attorney for the United States of America**

OF COUNSEL:
ALONSO, CERSONSKY & GARCÍA, P.C.

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above and foregoing was sent by certified mail, return receipt requested on March 2, 2001, to:

Ms. Sylvia Koite
Route 5, Box 5075 Kornegay
San Benito, TX 78586

*[signature]*
M. H. Cersonsky

# ALONSO, CERSONSKY & GARCÍA, P.C.

ATTORNEYS AND COUNSELORS

GALLERIA FINANCIAL CENTER

5065 WESTHEIMER, SUITE 600

HOUSTON, TEXAS 77056

TELEPHONE: (713) 840-1492   FAX: (713) 840-0038

March 2, 2001

Ms. Sylvia Koite
Route 5, Box 5075 Kornegay
San Benito, TX 78586

Re:   *United States of America v. Sylvia Koite; C.A. No. B-00-183*
      Claim No.:      C-88928
      Debt Balance:   $5,512.18

Dear Ms. Koite:

The purpose of this letter is to set forth an agreement whereby you will pay the above claims and no further collection action will be taken against you so long as you make the payments set forth in this agreement and sign and return this letter and the enclosed Agreed Judgment. You must sign this letter and the enclosed Agreed Judgment and return them to our office within ten (10) days, otherwise the lawsuit against you will proceed.

You have agreed to pay your debt by making monthly payments of $150.00, beginning March 15, 2001. You will continue to make monthly payments in the same amount on the same day of each month until paid in full.

You will receive monthly statements by which to make your payments. Payments should be made in the form of a cashier's check or money order and be made payable to the Department of Justice and mailed to:

> Department of Justice
> Central Intake Facility
> P. O. Box 198558
> Atlanta, GA 30384

Be sure to write the **Claim No. C-88928** on your payment. No collection activity pursuant to the agreed judgment will occur so long as the payments due under this agreement are timely made. If the payments are not timely made then the United States may proceed to collect the debt as allowed by law pursuant to the agreed judgment.

This communication is from a debt collector. Without signing and returning both this letter and the Agreed Judgment within ten (10) days there is no agreement and the lawsuit will proceed and collection action as allowed by law will occur.

Sincerely,

L. "Swede" Cersonsky
Responsible Collector

AGREED:

By: _____
    Sylvia Koite

*Sign and return to Alonso, Cersonsky & Garcia, P.C.*

UNITED STATES OF AMERICA
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| Plaintiff, | § | |
| vs. | § § | CIVIL ACTION: B-00-183 |
| SYLVIA KOITE, | § § | (Claim: C-88928) |
| Defendant. | § § | |

# AGREED JUDGMENT

1. On the agreement of the parties, it is adjudged that the USA recover from Sylvia Koite:

   A. Principal of $2,702.11;
   B. Prejudgment interest of $1,723.73 to 10/22/98, and daily accrual of $0.62 per diem until the date of judgment;
   C. Attorney's fees of $550.00;
   D. Private Process Server fees of $50.00;
   E. Post-judgment interest at _____% per annum.

   Koite will make monthly payments of $150.00, beginning March 15, 2001 and continue to make monthly payments in that amount on the same day of each month until paid in full.

2. Monthly payments will be mailed to:   Central Intake Facility
   United States Department of Justice
   P. O. Box 198558
   Atlanta, Georgia 30384.

3. Execution may issue immediately if the defendant defaults on payment.

   Signed: _____, 2001, at BROWNSVILLE, Texas.

                                             _____
                                             United States District Judge

Approved and Entry Requested:

By: _____        By: _____
M. H. Cersonsky, TBA#0408500, SBA #5082         Sylvia Koite
5065 Westheimer, Suite 600                      Route 5, Box 5075 Kornegay
Houston, Texas 77056                            San Benito, TX 78586
Tel. (713) 840-1492 Fax (713) 840-0038
**Attorney for the United States of America**

Of Counsel:
Alonso, Cersonsky & García, P.C.