IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION



United States District Court
Southern District of Texas
ENTERED

MAR 0 7 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. B-00-183 |
| | § | |
| SYLVIA KOITE, | § | |
| | § | |
| Defendant. | § | |

## ORDER GRANTING MOTION FOR CONTINUANCE

On this day, came on to be heard the Motion for Continuance of Plaintiff, UNITED STATES OF AMERICA ("USA") and the Court having reviewed the pleadings on file is of the opinion that the Motion for Continuance should be granted. It is hereby

ORDERED that the above referenced case which had been set for pretrial conference set for March 20, 2001, is hereby continued to April 24, 2001, at 2:00 p.m.

SIGNED _7 March_, 2001, at Brownsville, Texas.

_____
United States Magistrate Judge