**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
ENTERED

**APR 0 9 2001**

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION B-00-183 |
| | § | (Claim No. C-88928) |
| SYLVIA KOITE, | § | |
| | § | |
| Defendant | § | |

## ORDER OF DISMISSAL

ON THIS DAY, came on to be heard Plaintiff's, USA's, Motion to dismiss claim against Sylvia Koite without Prejudice to USA's right to refile same, and after due consideration, the Court notes that Plaintiff's attorneys announced that all parties have entered into a payment agreement, and that said Motion should be GRANTED.

It is therefore, ORDERED, that this case be dismissed without prejudice, with all costs of Court and fees assessed against the party incurring same.

SIGNED ___April 6___, 2001, at Brownsville, Texas.

_____
Hon. Hilda G. Tagle
United States District Judge